IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-2807-K |
| | § | |
| DEVON L. WILLIAMS d/b/a DEV SAS and ROBERT HAUSCHILDT, | § § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendations. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore GRANTS the motion for default judgment [Dkt. No. 21] against Defendant Devon L. Williams d/b/a Dev Sas but will refrain from entering judgment considering the representation that the appearing parties will seek entry of an Agreed Final Judgment. *See* Dkt. No. 21 at 1 n.1.

SO ORDERED.

Signed September 11th, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE